UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MARK G. GILLIAM,<br><br>  Plaintiff,<br><br>  v.<br><br>MEARS AIR CONDITIONING & HEATING, INC., an Arizona Corporation; GARY K. MEARS AND JANE DOE MEARS, husband and wife; and SUSAN D. MEARS and JOHN DOE MEARS, husband and wife,<br><br>  Defendant. | No. 2:13-cv-02619-HRH<br><br>**ORDER APPROVING CONFIDENTIAL SETTLEMENT AGREEMENT AND DISMISSING LAWSUIT WITH PREJUDICE** |

Following a review of the Parties' Confidential Settlement Agreement and Release (the "Agreement"), and having considered the Joint Motion to Approve Confidential Settlement Agreement and to Dismiss Lawsuit with Prejudice jointly filed by Plaintiff Mark G. Gilliam ("Plaintiff") and Defendants Mears Air Conditioning & Heating, Inc., Gary K. Mears, and Susan D. Mears (collectively "Defendants") and, together with Plaintiff, the "Parties"), the Court finds that the Parties' Agreement constitutes a reasonable compromise of Plaintiff's claim for relief under the Fair Labor Standards Act.

Having so found, the Court hereby approves the Parties' Agreement.

IT IS HEREBY ORDERED, in accordance with the Parties' Joint Motion to Approve Confidential Settlement Agreement and to Dismiss With Prejudice, that this matter is dismissed with prejudice, with all of the Parties bearing his, her, or its own attorneys' fees and costs.